UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES of the LOCAL 202 SHEET METAL WORKERS PENSION FUND, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 4:07CV1631 TIA |
| NATIONAL FABCO MANUFACTURING, INC., | ) ) ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on Plaintiffs' Notice of Bankruptcy (Docket No. 6).

After the filing of the instant action, an involuntary Petition for Bankruptcy was filed against Defendant National Fabco Manufacturing, Inc. on October 19, 2007 in the United States Bankruptcy Court in the Eastern District of Missouri (Case No. 07-46966). A petition for bankruptcy will operate as a stay against "the commencement or continuation ... of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the [bankruptcy proceeding]." 11 U.S.C. § 362(a). The Court concludes that the case should be administratively closed until such time as the bankruptcy proceedings have been concluded or Court action is otherwise required. Any motion seeking reopening of the case shall state:

   (a)   the facts and procedural history, including any significant occurrences in the bankruptcy proceedings;

   (b)   the issues remaining for determination by this Court; and

   (c)   the potential for settlement, and the status of any settlement discussions.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of the Court shall administratively close the instant action, subject to reopening on a motion filed in compliance with this Order.

                                                     /s/Terry I. Adelman
                                      UNITED STATES MAGISTRATE JUDGE

Dated this 5th day of February, 2010.